ROBERT E. WERBICKY, ESQ.
Nevada Bar No. 6166
MARTINA W. SHINDELUS, ESQ.
Nevada Bar No. 8717
**PEEL BRIMLEY LLP**
3333 E. Serene Avenue, Suite 200
Henderson, Nevada 89074-6571
Telephone: (702) 990-7272
Fax: (702) 990-7273
rwerbicky@peelbrimley.com
mshindelus@peelbrimley.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS FLOORS, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>US BUILDERS COMPANY, an unknown entity; UNITED STATES OF AMERICA; US DEPARTMENT OF DEFENSE; NELLIS AIRFORCE BASE, and BOE BONDING COMPANIES I through V, GOV ENTITIES VI through X<br><br>Defendants. | CASE NO.: 2:10-cv-02045-PMP-PAL<br><br><br><br>**STIPULATION TO DISMISS** |

COMES NOW, Plaintiff, Thomas Floors, Inc., by and through its attorneys of record, Robert E. Werbicky, Esq. and Martina Shindelus, Esq. of the law firm of Peel Brimley LLP and Defendants, United States of America; US Department of Defense; Nellis AirForce Base, (hereinafter collectively referred to as the "Federal Defendants"), by and through their attorneys of record, Daniel G. Bogden, Esq. and Rimantas A. Rukstele, Esq. from the United States Attorney's office (collectively referred to as the "Parties") hereby stipulate and agree as follows:

1. The Parties hereby stipulate and agree to voluntarily dismiss the entire matter identified as Case No. 2:10-cv-02045.

2. As such, the Parties respectfully request the Honorable Court to dismiss this matter

with each Party to bear its own attorneys fees, expert fees and costs;

3. The remaining Defendant, US Builders Company, is yet to file an Answer and was therefore not included on this Stipulation. However, US Builders Company will be duly notified of the dismissal at its last known address once approved and/or issued by the Court.

4. The Parties would like to inform this Honorable Court that there is a pending Motion to Dismiss previously filed by the Federal Defendants. Therefore, the Parties hereby agree to vacate said Motion and any applicable deadlines or hearings associated with the same.

5. The Parties are unaware of any other pending matters before this Honorable Court.

6. By signing below, the attorneys for the above referenced Parties represent and warrant that they have obtained their respective client's authorization to sign this Stipulation and to bind their client to the terms and conditions contained herein.

**IT IS SO STIPULATED.**

Respectfully submitted by:

Dated this 8th day of March, 2011.

PEEL BRIMLEY LLP

/s/ signature

ROBERT E. WERBICKY, ESQ.
Nevada Bar No. 6166
MARTINA W. SHINDELUS, ESQ.
Nevada Bar No. 8717
3333 E. Serene Avenue, Suite 200
Henderson, Nevada 89074-6571
Telephone: (702) 990-7272
Fax: (702) 990-7273
rwerbicky@peelbrimley.com
mshindelus@peelbrimley.com
*Attorneys for Plaintiff*

Dated this 8th day of March, 2011.

**UNITED STATES ATTORNEY'S OFFICE**

/s/ Ray Rukstele

DANIEL G. BOGDEN, ESQ.
United States Attorney
RIMANTAS A. RUKSTELE, ESQ.
Nevada Bar No. 2088
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, NV 89101
Telephone: (702) 388-6237
Fax: (702) 388-6787
Ray.Rukstele@usdoj.gov
*Attorneys for the United States*

PEEL BRIMLEY LLP
3333 E. SERENE AVENUE, STE. 200
HENDERSON, NEVADA 89074
(702) 990-7272 ♦ FAX (702) 990-7273

H:\PB&S\CLIENT FILES\7000 - 7999 (S - T)\7091 - Thomas Floors\7091-003 US Builders\PX\110308

Page 2

## ORDER

**IT IS SO ORDERED** that the above-referenced matter shall be dismissed and all applicable dates and deadlines be vacated.

Dated this _ 9th day of March, 2011.

_____
US DISTRICT COURT JUDGE

Respectfully Submitted by:

PEEL BRIMLEY LLP

_____
ROBERT E. WERBICKY, ESQ.
Nevada Bar No. 6166
MARTINA W. SHINDELUS, ESQ.
Nevada Bar No. 8717
3333 E. Serene Avenue, Suite 200
Henderson, Nevada 89074-6571
Telephone: (702) 990-7272
Fax: (702) 990-7273
rwerbicky@peelbrimley.com
mshindelus@peelbrimley.com
*Attorneys for Plaintiff*